UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE D. BAKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HUMBERTO GERMAN, et al.,<br><br>　　　　Defendants. | Case No.: 1:16-cv-01873-SAB (PC)<br><br>ORDER STRIKING PLAINTIFF'S SECOND MOTION FOR APPOINTMENT OF COUNSEL, FOR LACK OF SIGNATURE<br><br>[ECF No. 8] |

　　　　Plaintiff Dominique Baker is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Plaintiff's second motion for appointment of counsel, filed January 6, 2017.

　　　　On January 3, 2017, Plaintiff filed an almost identical motion for appointment of counsel which was denied, without prejudice, on January 5, 2017. Plaintiff's second motion appointment of counsel is procedurally deficient because Plaintiff failed to sign the motion as required by Rule 11(a) of the Federal Rules of Civil Procedure and Local Rule 131(b). Thus, Plaintiff's second motion for the appointment of counsel shall be stricken from the record.

IT IS SO ORDERED.

Dated: __January 9, 2017__　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1