# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE D. BAKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HUMBERTO GERMAN, et al.,<br><br>　　　　Defendants. | Case No.: 1:16-cv-01873-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, WITHOUT PREJUDICE, AS PREMATURE<br><br>{ECF Nos. 10, 13} |

Plaintiff Dominique Baker is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On February 9, 2017, the Magistrate Judge filed a Findings and Recommendation which was served on Plaintiff and contained notice that objections were to be filed within thirty days. Over thirty days have passed and no objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b), the Court has reviewed the matter. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.　　The Findings and Recommendation, filed on February 9, 2017, is adopted in full; and

2.　　Plaintiff's motion for summary judgment is denied, without prejudice, as premature.

IT IS SO ORDERED.

Dated:　April 20, 2017　　　　　　　　　　　　　　　　　　　　　　　

　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE