# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE D. BAKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HUMBERTO GERMAN, et al.,<br><br>　　　　Defendants. | Case No.: 1:16-cv-01873-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING FALSE IMPRISONMENT CLAIM, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR INITIATION OF SERVICE OF PROCESS<br><br>[ECF Nos. 18, 19, 20] |

Plaintiff Dominique Baker is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On May 1, 2017, the Magistrate Judge filed Findings and Recommendations recommending that the action proceed on Plaintiff's excessive force claim against Defendants Humberto German and Phillip Holguin and the false imprisonment claim be dismissed for failure to state a cognizable claim for relief. The Findings and Recommendations were served on Plaintiff and contained notice that objections were to be filed within fourteen days. Plaintiff filed objections on May 15, 2017.

///

///

///

1

1

2

3          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de*

4    *novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections,

5    the Court finds the Findings and Recommendations to be supported by the record and by proper

6    analysis.

7          Accordingly, IT IS HEREBY ORDERED that:

8          1.    The Findings and Recommendations, filed on May 1, 2017, are adopted in full;

9          2.    This action shall proceed on Plaintiff's excessive force claim against Defendants

10   Humberto German and Phillip Holguin;

11         3.    Plaintiff's false imprisonment claim is dismissed for failure to state a cognizable claim

12   for relief; and

13         4.    The matter is referred back to the Magistrate Judge for initiation of service of process.

14

15   IT IS SO ORDERED.

16   Dated:   June 8, 2017                            _____

17                                                    SENIOR DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28