# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE D. BAKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HUMBERTO GERMAN, et al.,<br><br>　　　　Defendants. | Case No.: 1:16-cv-01873-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL<br><br>[ECF No. 27] |

Plaintiff Dominique Baker is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 5, 2017, Plaintiff filed a motion to compel documents from Defendants. As Plaintiff was advised in the first information order issued December 16, 2016, "After defendants answers are filed, the Court will issue an order opening discovery and setting deadlines for completing discovery, amending the pleadings, and filing dispositive motions. No discovery may be initiated until the Court issues a discovery order or otherwise orders that discovery begin." (ECF No. 3 at 4:17-19.) In addition, once discovery is open, parties are not to file copies of the discovery requests with the Court and discovery documents inappropriately submitted to the Court may be stricken. (Id. at 3:25-25.)

///

///

1

In this instance, Defendants have not yet answered the complaint and discovery has not been ordered to open. Accordingly, Plaintiff's motion to compel is DENIED as premature.

IT IS SO ORDERED.

Dated: **September 6, 2017**

UNITED STATES MAGISTRATE JUDGE